# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASF PLANT SCIENCE GMBH and BASF PLANT SCIENCE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PIONEER HI-BRED INTERNATIONAL, INC. and E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendants. | C.A. NO. 1:09-CV-00392-SLR |
| PIONEER HI-BRED INTERNATIONAL, INC. and E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> BASF CORPORATION, BASF SE, BASF PLANT SCIENCE GMBH, and BASF PLANT SCIENCE L.L.C., <br><br> Defendants. | C.A. NO. 1:09-CV-00393-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **PIONEER HI-BRED INTERNATIONAL, INC. AND E. I. DU PONT DE NEMOURS AND COMPANY'S FIRST SET OF CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS** and **INITIAL DISCLOSURES OF PIONEER HI-BRED INTERNATIONAL, INC. AND E. I. DU PONT DE NEMOURS AND COMPANY,** were served upon the attorneys listed below as indicated:

Jack B. Blumenfeld  **VIA EMAIL and HAND DELIVERY**
Mary B. Graham  *Attorneys for*
Morris, Nichols, Arsht & Tunnell, LLP  *BASF Plant Science GmbH and*
1201 North Market Street  *BASF Plant Science L.L.C.*
Wilmington, DE  19801
jblumenfeld@mnat.com
mgraham@mnat.com


 **VIA EMAIL and FEDERAL EXPRESS**

Kenneth A. Gallo
Kent E. Kemeny  *Attorneys for*
Paul, Weiss, Rifkind, Wharton  *BASF Plant Science GmbH and*
   & Garrison, LLP  *BASF Plant Science L.L.C.*
2001 K Street, NW
Washington, DC  20006-1047
kgallo@paulweiss.com
kkemeny@paulweiss.com


Date:  August 14, 2009

   */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
P. Clarkson Collins, Jr. (#739)
Mary B. Matterer (#2696)
Matthew F. Lintner (#4371)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
*Attorneys for Defendants/Counterplaintiffs*
*Pioneer Hi-Bred International, Inc. and*
*E. I. du Pont de Nemours and Company*

Of Counsel:
George L. Murphy, Jr.
Georgia Bar No. 530376
John S. Pratt
Georgia Bar No. 586688
Jason D. McLarry
Georgia Bar No. 141229
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530