IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASF PLANT SCIENCE GMBH and<br>BASF PLANT SCIENCE L.L.C.,<br><br>          Plaintiffs-<br>          Counterdefendants,<br><br>   v.<br><br>PIONEER HI-BRED INTERNATIONAL,<br>INC. and E. I. DU PONT DE NEMOURS<br>AND COMPANY,<br><br>          Defendants-<br>          Counterclaimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-392 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the 1) *BASF Plant Science GMBH and BASF Plant Science L.L.C.'s Rule 26(a)(1) Initial Disclosures*; 2) *BASF Plant Science GMBH's and BASF Plant Science L.L.C.'s First Set of Interrogatories (Nos. 1-15)*; and 3) *BASF Plant Science GMBH's and BASF Plant Science L.L.C.'s First Request for Production of Documents and Things* were caused to be served on August 14, 2009 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann
P. Clarkson Collins, Jr.
Mary B. Matterer
Matthew F. Lintner
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**rherrmann@morrisjames.com**
**pcollins@morrisjames.com**
**mmatterer@morrisjames.com**
**mlintner@morrisjames.com**

**BY E-MAIL**

George L. Murphy, Jr.
KILPATRICK STOCKTON LLP
**gmurphy@kilpatrickstockton.com**

John S. Pratt
KILPATRICK STOCKTON LLP
**jpratt@kilpatrickstockton.com**

Jason D. McLarry
KILPATRICK STOCKTON LLP
**jmclarry@kilpatrickstockton.com**

- 2 -

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Mary B. Graham* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Mary B. Graham (#2256) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
| OF COUNSEL: | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
| Kenneth A. Gallo | mgraham@mnat.com |
| Kent E. Kemeny | *Attorneys for BASF Plant Science GmbH* |
| Karen Berenthal | *and BASF Plant Science L.L.C.* |
| PAUL, WEISS, RIFKIND, |  |
| WHARTON & GARRISON, LLP |  |
| 2001 K Street NW |  |
| Washington, DC  20006-1047 |  |

John E. Nathan
Jayson L. Cohen
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064


August 14, 2009
3072336

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 14, 2009 upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Richard K. Herrmann<br>P. Clarkson Collins, Jr.<br>Mary B. Matterer<br>Matthew F. Lintner<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>**rherrmann@morrisjames.com**<br>**pcollins@morrisjames.com**<br>**mmatterer@morrisjames.com**<br>**mlintner@morrisjames.com** | George L. Murphy, Jr.<br>KILPATRICK STOCKTON LLP<br>**gmurphy@kilpatrickstockton.com**<br><br>John S. Pratt<br>KILPATRICK STOCKTON LLP<br>**jpratt@kilpatrickstockton.com**<br><br>Jason D. McLarry<br>KILPATRICK STOCKTON LLP<br>**jmclarry@kilpatrickstockton.com** |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)